1

2

3

4

5

UNITED STATES DISTRICT COURT
6   WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
7

8   _____
)
UNITED STATES OF AMERICA,            )
9                                        )   Case No. MC17-0168RSL
Plaintiff,          )
10        v.                               )
)   ORDER TO ISSUE WRIT OF
11  GREGORY KEVIN WHITE,                 )   CONTINUING GARNISHMENT
)   AND NOTICE TO DEFENDANT/
12        Defendant/Judgment Debtor,      )   JUDGMENT DEBTOR
)
13        v.                               )
)
14  PIONEER HUMAN SERVICES,              )
)
15        Garnishee.          )
_____)
16

17        This matter comes before the Court on plaintiff's "Application for Writ of Continuing

18  Garnishment" for property in which the defendant/judgment debtor, Gregory Kevin White, has a

19  substantial nonexempt interest and which is in the possession, custody, or control of the

20  garnishee, Pioneer Human Services. The Court having reviewed the record in this matter, hereby

21  ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and

22  the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on

23  December 8, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the

24  defendant/judgment debtor and the garnishee with a copy of the writ and accompanying

25  instructions.

26

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1    Dated this 12th day of December, 2017.

2                                    _MM S Lasnik_____

3                                    Robert S. Lasnik
4                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT          -2-